THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL T. WILLIAMS, Appellant.

Argued November 22, 1948; decided January 6, 1949.

*Edward H. Levine* and *Jesse P. Griggs* for appellant.

*John F. Finerty, Herbert M. Levy* and *Robert Markewich* for American Civil Liberties Union, *amicus curiæ,* in support of appellant's position.

*Miles F. McDonald, District Attorney* (*Solomon A. Klein* of counsel), for respondent.

Judgment of conviction affirmed. Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: the defendant argued that his conviction violated the Fourteenth Amendment of the Constitution of the United States in that the sentence of death was

based upon information supplied by witnesses with whom the accused had not been confronted and as to whom he had no opportunity for cross-examination or rebuttal; this court held that the sentence aforesaid did not violate the Fourteenth Amendment of the Constitution of the United States. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.